**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 22, 2023**



**In The**

# Fourteenth Court of Appeals

## NO. 14-23-00412-CV

**DEYARINA  VERGARA, Appellant**

**V.**

**RAUL ANGULA MARTINEZ D/B/A NIGHTSTAR TRANSPORATION, JOHN ERRINGHOUSE, AND LYFT, INC., Appellees**

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2022-32687**

## MEMORANDUM  OPINION

This is an appeal from an order signed May 23, 2023. On August 10, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We reinstate the appeal and grant the motion. Costs on appeal are to be taxed per agreement of the parties.

The appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.